UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

QUELLE ROBINSON,
A.D., by next friend, Danielle Williams,
and
P.I., by next friend, Danielle Williams,

        Plaintiffs,

v.              Case No. 19-CV-356

ERIC SWEENEY, ROLANDO FRANCO,
MATTHEW VANDRISSE, and
KARLEE KENNON [sic],

        Defendants.

## MOTION TO WITHDRAW AS COUNSEL

  PLEASE TAKE NOTICE that Robin A. Pederson, Deputy City Attorney, hereby withdraws as counsel for the defendants, and will no longer be the attorney of record in the above-captioned case, and his name may be removed from the court's efiling distribution list.

  Dated at Milwaukee, Wisconsin this 8th day of September, 2021.

              TEARMAN SPENCER
              City Attorney

              s/ Robin A. Pederson
              ROBIN A. PEDERSON
              Deputy City Attorney
              State Bar No. 1045759
              *Attorneys for Defendants*

ADDRESS:
200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: rpederson@milwaukee.gov
1032-2019-486/276381